IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CATHY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:23-CV-00125 |
| VALDOSTA FAMILY MEDICINE ASSOCIATES, P.C. | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii) hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 11th day of July, 2024.

WE CONSENT AND SO STIPULATE:

This 11th day of July, 2024.

*For Defendant:*

/s Eric Mueller
Eric Mueller (lead counsel)
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: Eric.Mueller@fmglaw.com

*For Plaintiff:*

/s Jim Garrity
Jim Garrity
Marie A. Mattox, P.A
203 N. Gadsden Street
Tallahassee, FL 32301
T: (850) 383-4800
F: (850) 383-4801
E: jim@jimgarritylaw.com

/s Andrew Kim
Andrew Kim
Freeman Mathis & Gary, LLP

SO ORDERED this 12th day of July, 2024.

W. Louis Sands, Sr. Judge
United States District Court

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: akim@fmglaw.com