IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CATHY DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-125 (WLS) |
| | * |
| VALDOSTA FAMILY MEDICINE ASSOCIATES PC , | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk